UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EA INDEPENDENT FRANCHISEE ASSOCIATION, LLC <br><br> Plaintiff, <br><br> vs. <br><br> EDIBLE ARRANGEMENTS INTERNATIONAL, INC., EA CONNECT, INC., NETSOLACE, INC., DIPPEDFRUIT, INC. AND XYZ CORPORATIONS 1-20 <br><br> Defendants. | CIVIL ACTION <br> NO. 3:10cv1489 (WWE) <br><br><br> December 6, 2010 |

## MOTION TO DISMISS FOR LACK OF STANDING

Defendants Edible Arrangements International, Inc. ("EAI"), EA Connect, Inc., Netsolace, Inc., and Dippedfruit, Inc. (collectively "Defendants"), by their attorneys, submit this motion to dismiss the Complaint filed by Plaintiff, EA Independent Franchisee Association, LLC ("EAIFA" or "the Association").

As more fully set forth in Defendants' accompanying Memorandum of Law in Support of Their Motion to Dismiss and Declaration of Kristy Ferguson, Plaintiff's Complaint should be

ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

dismissed for lack of standing pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

        THE DEFENDANTS,
        EDIBLE ARRANGEMENTS
        INTERNATIONAL, INC, EA CONNECT, INC.,
        NETSOLACE, INC. AND
        DIPPEDFRUIT, INC.

By:    /s/ James T. Shearin
        James T. Shearin, Esq. (ct 01326)
        Pullman & Comley, LLC
        850 Main Street, P.O. Box 7006
        Bridgeport, CT  06601-7006
        Juris No. 47892  (203) 330-2000
        Facsimile (203) 576-8888
        E-mail: jshearin@pullcom.com

By:    /s/ John F. Verhey
        John F. Verhey, Esq.
        DLA Piper LLP (US)
        203 North LaSalle Street, Suite 1900
        Chicago, Illinois  60601-1293
        Phone: (312) 368-4044
        Facsimile: (312) 251-2195
        E-Mail: john.verhey@dlapiper.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2010, a copy of foregoing Motion to Dismiss for Lack of Standing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ James T. Shearin
                                                James T. Shearin, Esq.
                                                Fed. Bar No. ct 01326

ACTIVE/74139.1/JTS/2316419v1