UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EA INDEPENDENT FRANCHISEE ASSOCIATION, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>EDIBLE ARRANGEMENTS INTERNATIONAL, INC., EA CONNECT, INC., NETSOLACE, INC., DIPPEDFRUIT, INC. and XYZ CORPORATIONS 1-20,<br><br>      Defendants. | Case No.  3:10-cv1489 (WWE)<br><br>December 9, 2010 |

**DEFENDANTS' MOTION TO STAY DISCOVERY PENDING
RULING ON MOTION TO DISMISS FOR LACK OF STANDING**

Pursuant to Federal Rule of Procedure 26(c), Defendants Edible Arrangements International, Inc., EA Connect, Inc., Netsolace, Inc. and Dippedfruit, Inc. hereby respectfully move the Court for an order staying discovery until the Court has ruled on Defendants' recently filed Motion to Dismiss Plaintiff's Complaint for Lack of Standing ("Motion to Dismiss") [Docket #25].

Defendants submit that their Motion to Dismiss has a high probability of success. As set forth in more detail in Defendants' Motion to Dismiss, Plaintiff lacks standing to assert claims for breach of contract and statutory violations on behalf of its member franchisees because those franchisees are obligated to individually arbitrate their claims with Defendants and because both the nature of the claims asserted and the declaratory relief sought by Plaintiff require the participation of its individual members in the lawsuit. Further, a temporary stay of discovery will not prejudice Plaintiff while the Court considers the Motion to Dismiss; rather, it will save all parties considerable time and expense. A stay of discovery is particularly appropriate here, given that Plaintiff's members agreed that any disputes between them and Defendants would be

resolved under the rules of the American Arbitration Association, which contain their own limited discovery procedures.

Counsel for Defendants has inquired of counsel for Plaintiff concerning Plaintiff's position regarding this motion. Plaintiff's counsel has indicated that Plaintiff does not consent to the requested stay of discovery.

Therefore, Defendants respectfully request that this Court stay all discovery in this case until it rules on Defendants' Motion to Dismiss.

        THE DEFENDANTS,
EDIBLE ARRANGEMENTS
INTERNATIONAL, INC., EA CONNECT, INC.,
NETSOLACE, INC. AND DIPPEDFRUIT, INC.

By: /s/James T. Shearin
    James T. Shearin, Esq. (ct 01326)
    Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    Juris No. 47892
    Phone:  (203) 330-2000
    Facsimile (203) 576-8888
    E-mail:  jshearing@pullcom.com

By: /s/John F. Verhey
    John F. Verhey, Esq.
    DLA Piper LLP (US)
    203 North LaSalle Street, Suite 1900
    Chicago, IL  60601-1293
    Phone:  (312) 368-4044
    Facsimile:  (312) 251-2194
    E-Mail:  john.verhey@dlapiper.com

## **CERTIFICATION**

     I hereby certify that on December 9, 2010, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/John F. Verhey
                                            *Admitted Pro Hac Vice*